IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-001-DCK

| | |
|---|---|
| CHRISTINE DUKES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| NEWTON CONOVER CITY SCHOOLS, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case. The Court notes that the parties have failed to identify a mediator as required by the "Pretrial Order And Case Management Plan" (Document No. 12, p.5). The deadline to identify a mediator was April 12, 2013. Id. To date, no mediator has been identified.

**IT IS, THEREFORE, ORDERED** that the parties identify a mediator on or before **July 12, 2013**.

**SO ORDERED.**

Signed: July 3, 2013

David C. Keesler
United States Magistrate Judge