IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-001-DCK

| CHRISTINE DUKES, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| NEWTON CONOVER CITY SCHOOLS, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, M. Ann Anderson, filed a "Certification Of ADR Session" (Document No. 19) notifying the Court that the parties reached a settlement on August 30, 2013. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **September 30, 2013**.

Signed: September 4, 2013

David C. Keesler
United States Magistrate Judge